**STATE OF MAINE**
**CUMBERLAND, ss.**

**SUPERIOR COURT**
**CIVIL ACTION**
**DOCKET NO.: CV-20-277**

| | |
|---|---|
| TAYLOR OUELLETTE ) | |
| ) | **PLAINTIFF'S COMPLAINT** |
| Plaintiff, ) | **FOR DISCRIMINATION** |
| ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| FRANCESCA'S COLLECTIONS, INC ) | |
| Defendant. ) | |

NOW COMES Plaintiff, Taylor Ouellette ("Plaintiff"), by and through her attorney, the Law Office of Guy D. Loranger, and alleges the following:

## PARTIES AND JURISDICTION

1. Plaintiff Taylor Ouellette ("Ouellette") is a resident of the state of Maine.

2. Defendant Francesca's ("Defendant") is a women's clothing store with a location in Freeport, Maine

3. All acts of which Plaintiff complains took place in the State of Maine, including Cumberland County.

4. Plaintiff requests a jury trial.

## FACTUAL ALLEGATIONS

5. In September of 2018, Ouellette responded to an ad by Defendant for employment as a manager at its Freeport, Maine location.

REC'D CUMB CLERKS OFC
JUL 7 '20 PM2:38

12. On December 5, 2018, the DTL informed Ouellette that nothing could be done. She was not eligible for maternity leave despite Defendant's representations to the contrary. Further, the DTL informed Ouellette that she would be terminated when she had to go on leave for her delivery.

13. On December 7, 2018, Ouellette sent an email to the DTL's supervisor ("Supervisor") detailing the above chronology and requesting his assistance.

14. On or about December 10, 2018, Ouellette spoke to the Supervisor. The Supervisor confirmed that Ouellette was not eligible for maternity leave, and she would be terminated when she had to go on leave for her delivery.

15. Ouellette subsequently delivered her baby on December 29, 2018. Defendant did not provide Ouellette with paid medical leave or any leave whatsoever. Instead, Defendant terminated Ouellette.

16. On January 14, 2019, Ouellette contacted the DTL about rehire. The DTL replied that Ouellette would have to reapply.

17. Ouellette subsequently did reapply. In a letter dated February 11, 2019, Defendant offered Ouellette the store manager position in Freeport. Ouellette accepted the offer. She subsequently resigned on April 4, 2019.

18. Respondent's actions described above amount to pregnancy discrimination in violation of the Maine Human Rights Act.

19. Ouellette has complied with all administrative requirements and received a right to sue letter from the MHRC.

## COUNT I: PREGNANCY DISCRIMINATION IN VIOLATION OF THE MAINE HUMAN RIGHTS ACT.

20. Ouellette incorporates by reference the allegations in the above paragraphs.

21. The Maine Human Rights Act prohibits discrimination against an individual based upon pregnancy.

22. Defendant discriminated against Ouellette by terminating her due to her pregnancy.

23. Defendant's discrimination caused Ouellette to suffer the damages set forth below.

## COUNT II: NEGLIGENCE MISREPRESENTATION

24. Ouellette incorporates the preceding paragraphs as though set forth in this cause of action.

25. At the time of her interview, Defendant represented to Ouellette that she would receive maternity leave when her baby was due.

26. Based on Defendant's representation of the subject material fact, Ouellette reasonably relied on Defendant's representation and accepted the offer of employment.

27. Defendant's representation turned out to be false.

28. Defendant's misrepresentation caused Ouellette to suffer the damages set forth below.

WHEREFORE, Ouellette respectfully requests that this Honorable Court (1) enter judgment in favor of the Ouellette and (2) award damages sufficiently large to compensate for damages she has suffered as a result of Defendants' conduct including, but not limited to, damages for general and non-economic damages, economic damages, pre-judgment and post-judgment interest, lost wages, punitive damages, injunctive relief, costs of this suit, including reasonable attorney fees and costs, and such further relief the Court may deem proper.

Dated: July 2, 2020

Guy D. Loranger, Esq., Bar No. 9294
Attorney for Plaintiff

Law Office of Guy D. Loranger
1 Granny Smith Court, Suite 3
Old Orchard Beach, ME  04064
(207)937-3257
guy@lorangerlaw.com