UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| TAYLOR OUELLETTE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00389-LEW |
| | ) | |
| FRANCESCA'S COLLECTIONS, INC., | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

On December 11, 2020, the Clerk's Office administratively closed the above captioned matter due to the automatic stay arising from Defendant's voluntary petition for bankruptcy protection in the United States Bankruptcy Court for the District of Delaware. *In re Francesca's Holdings Corporation, et al.*, No. 20-13076-BLS (Jointly Administered).

On July 15, 2021, the Bankruptcy Court lifted the automatic stay to enable this litigation to proceed to final judgment or settlement. (Motion to Lift Stay, Ex. 1.) The matter is now before the Court on Plaintiff's Motion to Lift Bankruptcy Stay (ECF No. 13), which motion is unopposed.

Plaintiff's Motion is GRANTED. The matter is hereby reopened on the docket. Defendant's Motion to Dismiss (ECF No. 6) will be placed under advisement and an order will issue in due course.

**SO ORDERED.**

Dated this 9th day of September, 2021.

        /s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE